LEM HING DUN *v.* UNITED STATES. LEE FOO *v.* SAME. LUM SUEY CHEONG *v.* SAME. TOY QUONG TEUNG *v.* SAME.

*(Circuit Court of Appeals, Ninth Circuit. January 25, 1892.)*

Appeals from the District Court of the United States for the Northern District of California.

Petition for writs of *habeas corpus*. Petitioners appeal from judgments remanding them. Affirmed.

*Charles L. Weller,* for appellants.

*W. G. Witter,* Asst. U. S. Atty.

Before DEADY, HANFORD, and HAWLEY, District Judges

HANFORD, District Judge. The opinion of this court in the case of *Gee Fook Sing* v. *U. S.,* 49 Fed. Rep. 146, (just filed,) disposes of all the questions of law in these cases. The evidence is not sufficient to make a case in favor of the appellant so clear as to warrant this court in reversing the judgment of the district court upon the facts. As to each of the cases we consider that the evidence, as a whole, does not make as good a case for the appellant

as it might be reasonably expected a man would make out in his native city, after time for ample preparation; and the case is such as any impostor could easily make.

We hold that when, upon a candid consideration of all the evidence in a case, there appears to be room for a difference of opinion as to the material facts in issue, this court ought not to reverse the judgment on a question of fact alone.

Judgments affirmed and causes remanded.